## DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| **JEAN E. TOLUD and DIONNE G. SINCLAIR,** )<br>)<br>**Plaintiffs,** )<br>)<br>v. )<br>)<br>**ALEXANDER S. BOUIS and TARA BOUIS,** )<br>)<br>**Defendants.** )<br>)<br>) | Case No. 3:19-cv-0039 |

### ORDER

**THESE MATTERS** came before the Court on several pretrial motions. For the reasons stated on the record prior to the commencement of the bench trial on February 22, 2021, it is hereby

**ORDERED** that Defendants' *Motion in Limine to Preclude Plaintiffs from Offering Non-Expert Testimony of Speculative Future Loss Rental Income*, ECF No. 51, is **DENIED** without prejudice; it is further

**ORDERED** that Defendants' *Motion in Limine to Exclude Extrinsic Evidence of Fraud*, ECF No. 52, is **DENIED** without prejudice; it is further

**ORDERED** that Defendants' *Motion in Limine to Preclude Plaintiffs from Offering Non-Expert Testimony of Latent Structural Defects*, ECF No. 53, is **DENIED** without prejudice; it is further

**ORDERED** that Defendants' *Motion in Limine to Prohibit Plaintiffs from Requesting a Specific Dollar Amount be Awarded for Their Loss of Use*, ECF No. 54, is **DENIED** without prejudice; it is further

**ORDERED** that Defendants' *Motion in Limine to Exclude Documents not Produced in Discovery*, ECF No. 55, is **DENIED**; it is further

**ORDERED** that Defendants' *Motion in Limine to Exclude Plaintiffs' Exhibits 9-19*, ECF No. 61, is **DENIED;** it is further

**ORDERED** that Plaintiffs' *Motion to Exclude Documents that were not Produced in Response to a Rule 34 Request for Production*, ECF No. 70, is **DENIED** without prejudice; and it is further

**ORDERED** that Plaintiffs' *Combined Motion and Memorandum to Exclude Documents Produced Pursuant to Subpoenas Issued after the Close of Discovery*, ECF No. 80, is **DENIED** without prejudice.

**Dated:** February 26, 2021          */s/ Robert A. Molloy*
                                                     **ROBERT A. MOLLOY**
                                                     **District Judge**